DISCIPLINARY COUNSEL *v*. MCNEAL.

[Cite as *Disciplinary Counsel v. McNeal,* 136 Ohio St.3d 1205,

2013-Ohio-1884.]

(No. 2011-1732—Submitted May 7, 2013—Decided May 9, 2013.)

ON APPLICATION FOR REINSTATEMENT.

_____

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Earl Darren McNeal, Attorney Registration No. 0059218, last known business address in Columbus, Ohio.

{¶ 2} The court, coming now to consider its order of March 1, 2012, wherein the court, pursuant to Gov.Bar R. V(6)(B)(3), suspended respondent from the practice of law for a period of one year, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(10)(A).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

_____